THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for Plaintiff
United States of America

O

ENTERED  JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY BRIAN TOWNSEND, et al.,<br><br>    Defendants. | Case No. EDCV07-00996-SGL (JCRx)<br><br>Judgment and Order of Sale in Favor of the United States of America and Against Mary Townsend |

Based on the stipulation filed by the United States of America (Plaintiff) and Mary Townsend (Defendant), and all other matters properly made part of the record,

**IT IS ORDERED:**

1

**Reduce Assessments to Judgment**

1. As of September 5, 2008, the balance due to the United States from Mary Townsend for unpaid taxes, penalties, and interest was as follows:

| Tax Type | Tax Year | Balance Due as of 9/5/08 |
|---|---|---|
| Income (1040) | 1990 | - |
| Income (1040) | 1991 | $ 84,227.34 |
| Income (1040) | 1992 | 25,500.71 |
| Income (1040) | 1993 | 82,439.49 |
| Income (1040) | 1994 | 59,159.09 |
| Income (1040) | 1996 | 47,430.75 |
| Income (1040) | 1997 | 34,319.96 |
| Income (1040) | 1998 | 28,907.07 |
| Income (1040) | 1999 | 11,105.49 |
| Income (1040) | 2000 | 19,234.75 |
| | Total | $ 392,324.65 |

2. Interest and penalties continue to accrue as allowed by law.

3. The United States has a lien on the property and rights to property owned by the Mary Townsend for the amount of the outstanding balance due.

4. Mary Townsend is personally liable and indebted to the United States of America for her unpaid tax liability, including subsequent additions to tax, penalties, and interest as allowed by law, until the liability is paid in full.

5. The balance due to the United States, plus accrued penalties and interest, may be reduced to judgment against Mary Townsend, resolving the Second Cause of Action in favor of the United States.

# Foreclosure of Federal Tax Liens

**Nine Properties Owned by Mary Townsend**

6.  The following nine properties are owned by Mary Townsend.

7.  The first property is located at 1445 N. Pepper Avenue, Rialto, California, APN 0133-323-01, with the following legal description:

> PARCEL NO. 1
>
> ALL THAT PORTION OF FARM LOT 178, SEMI-TROPIC LAND AND WATER COMPANY, AS PER PLAT RECORDED IN BOOK 6 OF MAPS, PAGE 12, RECORDS OF SAID COUNTY, LYING NORTH OF A LINE 295 FEET NORTH OF AND PARALLEL WITH THE SOUTH LINE OF SAID LOT 178 AND SOUTH OF A LINE 415 FEET NORTH OF AND PARALLEL WITH THE SOUTH LINE OF SAID LOT 178.
>
> EXCEPTING THEREFROM THAT PORTION THEREOF CONVEYED TO THE CITY OF RIALTO FOR STREET AND HIGHWAY PURPOSES, BY DEED RECORDED MAY 18, 1961 IN BOOK 5434, PAGE 259, OFFICIAL RECORDS.
>
> PARCEL NO. 2
>
> A RIGHT OF WAY FOR ACCESS OVER AND ACROSS THE SOUTH 5 FEET OF THAT PORTION OF SAID LOT 178 ADJOINING ON THE NORTH FOR ROAD PURPOSES AS AN APPURTENANCE TO PARCEL NO. 1.

8.  The second property is commonly known as 1620 West Baseline, San Bernardino, California 92405.  Its legal description is:

> That Portion of the southeast 1/4 of Lot 4, Block 58, Rancho San Bernardino in the County of San Bernardino, state of California, as per map recorded in Book 7, page 2 of maps, in the office of the county recorder of said county, described as follows:

> COMMENCING at the intersection of the center line of Base Line and Muscott Streets; thence North 41.25 feet; thence West 41.25 feet to the southeast corner of said Lot 4; thence west along the north line of Base Line, 150 feet to the true point of beginning; thence continuing west along the north line of Base Line Street 224.45 feet; thence North 150 feet; thence East and parallel with the north line of Base Line Street 224.45 feet to a point 150 feet west of the west line of Muscott Street; thence South parallel to said east line 150 feet to the point of beginning.

9. The third property is commonly known as 1677 West Baseline, San Bernardino, California 92405. Its legal description is:

> Lot 3, Block "B", Tract No. 2438, BASE LINE HOMES tract, in the city of San Bernardino, county of San Bernardino, State of California, as per map recorded in book 34, page 83, of Maps, in the office of the county Recorder of said County, together with an easement for sewer line over the South 5 feet of Lots 4 and 5, Block B, BASELINE HOMES tract No. 2438 as per plat recorded in Book 34 of Maps, Page 83, records of said County, acquired by deed dated June 22, 1966 from Otis Y. Walker and Bobbie Lee Walker, to Arthur P. Townsend & Mary Ruth Townsend, husband and wife as joint tenants, No. 462, on June 23, 1966 in Book 6651, Page 117 of Official Records of said County.

10. The fourth property is commonly known as vacant land located near Rocky Hills Road and Calloway Street Assessor, Parcel Number 323-080-372-3. Its legal description is:

> Parcel 30, per Record of Survey on file in Book 24, pages 62 and 63 of Records of Survey. Being a portion of Section 26, Township 4 South, Range 4 West, San Bernardino Meridian.
> SUBJECT TO an easement over the rear and/or side 5 feet and/or 10 feet of all the parcels herein described, for the construction and maintenance of all public utilities, as shown upon said record of

        survey, SUBJECT TO an easement over the Westerly 30 feet of said Parcel 30, for road purposes, as shown upon said Record of Survey.

11.    The fifth property is commonly known as vacant land located near Ellis Avenue and Forest Drive, in Perris, California, with Assessor Parcel Number 325-060-006-6.  Its legal description is:

        Lot 17 of the West half of the Southeast quarter of Section 34, Township 4 South, Range 4 West, San Bernardino Meridian, of Forest Glen Farms and Ranchos, as per map filed in book 24, page 59, Records of Survey in the Office of the County Recorder of Riverside County.

12.    The sixth property is commonly known as vacant land located near Garza R. and Lunell Drive, in Perris, California, with Assessor Parcel Number 322-230-008-2.  Its legal description is:

        Parcel 3, per Record of Survey on file in Book 30, Pages 55 and 56 of Records of Survey. Being a portion of Section 23, Township 4 South, Range 4 West, San Bernardino Base and Meridian.

13.    The seventh piece of property is commonly known as vacant land located near Elsinore Road and San Jacino Avenue, in Perris, California, with Assessor Parcel Number 323-190-019-6.  Its legal description is:

        The real property in the County of Riverside, State of California, described as all that portion of the Southwest quarter of Section 26, Township 4 South, Range 4 West, San Bernardino Base and Meridian, as shown by United States Government Survey, particularly described as follows: BEGINNING at a point on the Southerly line of said Section, distant South 89° 32' 30" East, 1320.38 feet from the Southwest corner thereof; thence North 0° 02' 30" West, 104 feet; thence South 89° 32' 30" East, 220.10 feet; thence South 0° 02' 30" East, 104 feet; to a point in the Southerly line of said Section, thence

      North 89° 32' 30" West along the Southerly line of said Section, 220.10 feet to the point of beginning.

      EXCEPTING therefrom the South 30 feet thereof, and that portion thereof included in the 60 feet County Highway as shown on Record of Survey on file in Book 13 page 73 of Records of Survey, records of Riverside County California. Said property is also shown as a portion of Parcel 11 on Record of Survey on file in Book 13 page 73 of Records of Survey, records of said Riverside County.

14. The eighth piece of property is commonly known as vacant land located in Lucerne Valley, in Perris, California, with Assessor Parcel Number 0453-041-17. Its legal description is:

      The South 66 feet 3 inches of the North 411 feet 3 inches of the West 680 feet of the Northwest Quarter of the Southeast Quarter of Section 2, Township 5 North, Range 1 West, San Bernardino Base & Meridian.

15. The ninth piece of property that is commonly known as vacant land located in Lucerne Valley, in Perris, California, with Assessor Parcel Number 0453-041-18. Its legal description is:

      Commencing 145 feet South of the Northwest corner of the Northwest Quarter of the Southeast Quarter of Section 2, Township 5 North, Range 1 West, SBB&M, thence East 680 ft., thence South 200 ft., thence West 680 ft., thence North 200 feet to the point of beginning.

**Right of Foreclosure**

16. The United States has Federal tax liens on all property owned by Mary Townsend for the balance due from tax years 1991-1994 and 1996-2000.

17. The United States has the right to judicial foreclosure of its Federal tax liens against the real property listed above which is owned by Mary Townsend and Mary Townsend does not oppose judicial foreclosure of such property by the United States.

18. Unless the United States has filed a full or partial satisfaction of judgment within 18 months of the date this order is entered, the real property owned by Mary Townsend and listed above is foreclosed and ordered to be sold by the Area Director of the Internal Revenue Service whose District includes the California Counties of Riverside and San Bernardino, (hereinafter "Area Director"), or his delegate, in accordance with the provisions of Title 28, United States Code, Sections 2001 and 2002.

19. Within 18 months of the date this order is entered, any party to this proceeding or any person claiming an interest in the subject property may move the Court, pursuant to Title 28, United States Code, Section 2001(b), for an order for a private sale of the subject property. Any such motion shall set forth with particularity (a) the nature of the moving party's interest in the subject property, (b) the reasons why the moving party believes that a private sale would be in the best interests of the United States of America and any other claimant involved herein, (c) the names of three proposed appraisers and a short statement of their qualifications, and (d) a proposed form of order stating the terms and conditions of the private sale. Any such motion shall comply with Rule 7 of the Local Rules of the District Court for the Central District of California.

20. The Area Director, or his delegate, is ordered to sell the subject property if it does not become the subject of a motion pursuant to the preceding paragraph, in accordance with 28 U.S.C. §§ 2001(a) and 2002.

21. The property shall be sold at a public sale to be held at the Brown Federal Building and United States Courthouse, 3470 Twelfth Street, Riverside, California, 92501, as follows:

    a. Notice of the sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper regularly issued and of general circulation in the County where the property is located. Said notice shall describe the property by both its street address and its legal description, and shall contain the terms and conditions of sale as set out herein.

    b. The terms and conditions of sale shall be as follows:

        i. The Internal Revenue Service shall appraise the current fair market value of the subject property (appraised value).

        ii. The minimum bid shall be 75% of the appraised value.

        iii. The United States of America may bid a credit against its judgment and interest thereon, costs, and expenses, without tender of cash.

        iv. The terms of sale as to all other persons or parties bidding shall be cash. The successful bidder shall be required to deposit with the Area Director cash equal to twenty percent (20%) of the bidder's total bid immediately upon the property being struck off and awarded to such bidder as the highest and best bidder; and the remaining eighty percent (80%) of said purchase price is to be paid on or before 5:00 p.m., within three (3) days of the date of sale.

        v. Should the successful bidder fail to comply with the terms of the sale, such bidder shall be liable to the United States for twenty percent (20%) of the value of the property as a penalty, and said deposit shall be paid over and delivered to the United

      States to be applied toward payment of said penalty.  Payment of said penalty shall not be a credit on the judgment of the United States.

  c. Upon selling the subject real property, the Area Director, or his delegate, shall prepare and file with this Court an accounting and report of sale and shall give to the purchaser a Certificate of Sale containing the description of the property sold and the price paid. The accounting and report of sale shall be filed within ten (10) days from the date of sale.  If no objections have been filed in writing in this cause with the Clerk of the Court, within fifteen (15) days of the date of sale, the sale shall be confirmed without necessity of motion, and the Area Director shall be directed by the Clerk of the Court to execute and deliver his deed to said purchaser.

  d. Possession of the property sold shall be yielded to the purchaser upon the production of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property sold to the purchaser.

  e. The Area Director shall apply the proceeds of sale to expenses of sale and then according to lien priority as determined by the Court, with the excess, if any, to be returned to Mary Townsend.

22. Court hereby retains jurisdiction of this action for the purpose of making proper distribution of any surplus of the proceeds of sale.

### Attorney's Fees

23. The United States agrees to bear its own costs and attorney's fees as against Mary Townsend and Mary Townsend agrees to bear her own costs and attorney's fees as against the United States.

**IT IS SO ORDERED.**

DATED: September 16, 2008

*[signature]*
STEPHEN G. LARSON
United States District Judge

Respectfully presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America