O

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-4600
   Facsimile: (213) 894-5181
   Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       vs.<br><br>ANTHONY BRIAN TOWNSEND, et al.,<br><br>       Defendants. | Case No. EDCV07-00996-SGL (JCRx)<br><br>Order Excusing the State of California Franchise Tax Board from further participation |

1

Based on the record in this case and for good cause showing,

**IT IS ORDERED** that the State of California Franchise Tax Board (FTB) is excused from further participation in this case.

**IT IS SO ORDERED**.

DATED:  January 06, 2009

                                      STEPHEN G. LARSON
                                      United States District Judge

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2