THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Anthony Brian Townsend, et al.,<br><br>    Defendants. | Case No. EDCV 07-00996 SGL (JCRx)<br><br>Judgment and Order of Sale<br><br><u>United States District Judge Stephen G. Larson</u> |

    Before the Court is the Government's Motion for Summary Judgment (docket # 39, 41). No timely opposition to the present motion has been filed, and the taxpayers have stipulated to all relevant facts, reserving only the right to dispute whether they have been given credit for all amounts collected by the IRS for their outstanding tax liabilities. The Court deems this matter appropriate for decision without oral argument. <u>See</u> Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for July 6, 2009, is removed from the Court's calendar, and the Court rules as follows:

**IT IS ORDERED:**

***Reduce Assessments to Judgment***

1. As of March 31, 2009, the balance due from Anthony Brian Townsend for income taxes for tax years 1992-1996 and 1998-2000 was $534,955.48.

2. As of March 31, 2009, the balance due from Anthony and Maura Townsend for income taxes for tax years 1997, 2002, and 2003 was $165,047.69.

3. The balance due includes both assessed and accrued liabilities (taxes, additions to tax, interest, fees and collection costs).

4. Anthony Brian Townsend is indebted to the United States in the amount of $534,955.48 as of March 31, 2009.

5. Anthony and Maura Townsend are jointly indebted to the United States in the amount of $165,047.69 as of March 31, 2009.

6. Anthony Brian Townsend and Maura Townsend are jointly and severally liable for the income tax liabilities for tax years 1997, 2002, and 2003.

7. Anthony Brian Townsend and Maura Townsend are also indebted to the United States for additions to tax and interest as permitted by law, after March 31, 2009, until the liability is paid in full.

***Foreclosure of Federal Tax Liens***

8. The United States of America has a valid federal tax lien, in the amount of the unpaid tax liability, against the property interest Anthony Brian Townsend and Maura Townsend.

9. Anthony Brian Townsend owns the real property commonly known as 5300 Sepulveda Ave., San Bernardino, California 926404-1135 (the subject property) with the legal description, which includes two parcels, as follows:

   **PARCEL NO. 1**:
   THAT PORTION OF LOT 4; L. VAN DORIN'S SUBDIVISION, IN THE CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA,

|   |   |
|---|---|
| 1 | AS PER PLAT RECORDED IN BOOK 8 OF MAPS, PAGE 49, RECORDS OF SAID |
| 2 | COUNTY, DESCRIBED AS FOLLOWS: |
| 3 |   |
| 4 | BEGINNING AT THE NORTHEAST CORNER OF SAID LOT 4, THENCE SOUTH |
| 5 | ALONG THE WEST LINE OF SEPULVEDA AVENUE 60 FEET WIDE, 208.71 FEET |
| 6 | TO THE POINT OF BEGINNING; THENCE CONTINUING SOUTH ALONG SAID |
| 7 | WEST LINE OF SEPULVEDA AVENUE, 96 FEET MORE OR LESS, TO THE |
| 8 | NORTHEAST CORNER OF SAID LAND CONVEYED TO JAMES W. MORELAND, |
| 9 | ET UX, BY DEED RECORDED MARCH 25, 1958, IN BOOK 4468, PAGE 388, |
| 10 | OFFICIAL RECORDS; THENCE WEST ALONG THE NORTH LINE OF SAID |
| 11 | MORELAND PROPERTY 200 FEET; THENCE NORTH AND PARALLEL TO THE |
| 12 | WEST LINE OF SEPULVEDA AVENUE 96 FEET MORE OR LESS TO THE SOUTH |
| 13 | LINE OF PROPERTY CONVEYED TO ARTHUR ALYEA, ET UX, BY DEED |
| 14 | RECORDED SEPTEMBER 20, 1957, IN BOOK 4328, PAGE 136, OFFICIAL |
| 15 | RECORDS; THENCE EAST AND PARALLEL TO THE NORTH LINE OF SAID LOT 4, |
| 16 | 200 FEET TO THE POINT OF BEGINNING. |
| 17 |   |
| 18 | **PARCEL NO. 2**: |
| 19 | THAT PORTION OF LOT 4; L. VAN DORIN'S SUBDIVISION, IN THE COUNTY |
| 20 | OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN |
| 21 | BOOK 8 OF MAPS, PAGE 49, RECORDS OF SAID COUNTY, AS DESCRIBED AS |
| 22 | FOLLOWS: |
| 23 |   |
| 24 | COMMENCING AT THE NORTHEAST CORNER OF SAID LOT 4; THENCE |
| 25 | SOUTH 208.71 FEET ALONG THE EAST LINE OF SAID LOT; THENCE WEST 200 |
| 26 | FEET PARALLEL WITH THE NORTH LINE OF SAID LOT TO THE TRUE POINT OF |
| 27 | BEGINNING; THENCE CONTINUING WEST 55 FEET ALONG SAID PARALLEL |
| 28 | LINE; THENCE SOUTH 96 FEET, MORE OR LESS PARALLEL WITH THE EAST |

LINE OF SAID LOT TO A POINT IN THE NORTH LINE OF THE SOUTH 356 FEET OF SAID LOT; THENCE EAST 55 FEET ALONG SAID NORTH LINE TO A POINT IN THE EAST 200 FEET OF SAID LOT; THENCE NORTH 96 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

10. The federal tax liens are hereby foreclosed against Anthony Brian Townsend's interest in the subject property.

11. The subject property is ordered to be sold by the Area Director of the Internal Revenue Service, Los Angeles, California Area (Area Director), or his delegate, in accordance with the provisions of 28 U.S.C. §§ 2001 and 2002.

12. The Area Director, or his delegate, is ordered to sell the subject property in accordance with 28 U.S.C. §§ 2001(a) and 2002.  The property shall be sold at a public sale to be held at the San Bernardino County Courthouse, 385 North Arrowhead Avenue, San Bernardino, California, as follows:

    a. Notice of the sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper regularly issued and of general circulation in Los Angeles County, California.  Said notice shall describe the property by both its street address and its legal description, and shall contain the terms and conditions of sale as set out herein.

    b. The terms and conditions of sale shall be as follows:

        i. The Internal Revenue Service shall appraise the current fair market value of the subject property (appraised value).

        ii. The minimum bid shall be 75% of the appraised value.

        iii. The United States of America may bid a credit against its judgment and interest thereon, costs, and expenses, without tender of cash.

   iv. The terms of sale as to all other persons or parties bidding shall be cash. The successful bidder shall be required to deposit with the Area Director cash equal to twenty percent (20%) of the bidder's total bid immediately upon the property being struck off and awarded to such bidder as the highest and best bidder; and the remaining eighty percent (80%) of said purchase price is to be paid on or before 5:00 p.m., within three (3) days of the date of sale.

   v. Should the successful bidder fail to comply with the terms of the sale, such bidder shall be liable to the United States for twenty percent (20%) of the value of the property as a penalty, and said deposit shall be paid over and delivered to the United States to be applied toward payment of said penalty. Payment of said penalty shall not be a credit on the judgment of the United States.

 c. Upon selling the subject real property, the Area Director, or his delegate, shall prepare and file with this Court an accounting and report of sale and shall give to the purchaser a Certificate of Sale containing the description of the property sold and the price paid. The accounting and report of sale shall be filed within ten (10) days from the date of sale. If no objections have been filed in writing in this cause with the Clerk of the Court, within fifteen (15) days of the date of sale, the sale shall be confirmed without necessity of motion, and the Area Director shall be directed by the Clerk of the Court to execute and deliver his deed to said purchaser.

 d. Possession of the property sold shall be yielded to the purchaser upon the production of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further

notice, be issued by the Clerk of this Court to compel delivery of the property sold to the purchaser.

e. The Area Director shall apply the proceeds of sale to expenses of sale and then in the following order of priorities:

　　i. First, in satisfaction of any unpaid property taxes owing to the San Bernardino County Treasurer;

　　ii. Second, divided between the United States of America and the Franchise Tax Board based on assessment date as follows:

| Entity | Tax Year | Assessment Date |
|---|---|---|
| IRS - Audit | 1992 | 8/11/1997 |
| IRS - Audit | 1993 | 8/11/1997 |
| IRS - Audit | 1994 | 8/11/1997 |
| FTB | 1992 | 10/21/1998 |
| FTB | 1993 | 10/21/1998 |
| IRS - Return | 1997 | 10/14/2002 |
| FTB | 1995 | 3/24/2003 |
| FTB | 1996 | 3/24/2003 |
| FTB | 1997 | 3/24/2003 |
| FTB | 1998 | 3/24/2003 |
| FTB | 1999 | 2/6/2004 |
| IRS - Audit | 1995 | 7/12/2004 |
| IRS - Audit | 1996 | 7/12/2004 |
| IRS - Audit | 1997 | 7/12/2004 |
| IRS - Audit | 1998 | 7/12/2004 |
| IRS - Audit | 1999 | 7/12/2004 |
| IRS - Audit | 2000 | 7/12/2004 |
| IRS - Return | 2002 | 12/20/2004 |
| IRS - Return | 2003 | 1/3/2005 |
| FTB | 1998-2003 | 9/7/2006 |
| FTB | Amnesty Pen. | 9/7/2006 |

   iii. Third, if any surplus remains after making the aforesaid payments, the Area Director, or his delegate, shall so report, and return and pay the same into the registry of this Court for distribution under further order of this Court.

13. Court hereby retains jurisdiction of this action for the purpose of making proper distribution of any surplus of the proceeds of sale, pursuant to the Area Director's Accounting and Report of Sale.

**IT IS SO ORDERED.**

DATED: June 26, 2009

*[signature]*

STEPHEN G. LARSON
United States District Judge

Respectfully presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America